■ In the Matter of JOHN MANCUSO, Respondent-Appellant, v JULIA FEDYSZYN, Petitioner-Respondent. [716 NYS2d 636] —Order unanimously affirmed without costs for reasons stated in decision at Chautauqua County Family Court, Claire, J. (Appeal from Order of Chautauqua County Family Court, Claire,

J.—Visitation.) Present—Green, J. P., Pine, Hayes, Scudder and Lawton, JJ.